**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN B. PETRY, et al.,<br><br>                                       Plaintiffs,<br>  vs.<br><br>NATIONAL WESTERN LIFE INSURANCE COMPANY, et al.,<br><br>                                       Defendants. | CASE NO. 05 CV 2336 JM (LSP)<br><br>**ORDER DENYING AS MOOT DEFENDANT NATIONAL WESTERN LIFE INSURANCE COMPANY'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

    In light of the above entitled action having been consolidated with <u>In Re National Western Life Insurance Deferred Annuities Litigation</u>, case number 05cv1018, defendant National Western Life Insurance Company's pending Motion to Dismiss and Motion to Strike Plaintiffs' First Amended Class Action Complaint is hereby **DENIED** as moot. <u>See</u> Docket No. 14.

    **IT IS SO ORDERED.**

DATED: March 8, 2007

                                                          Hon. Jeffrey T. Miller<br>
                                                          United States District Judge

cc: All Parties